UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
KISHA L. WALTON-ST.VIL,  
    Debtor.

Case No.: 17-29989-SLM  
Chapter: 7  
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court |
|---|---|
|  | 50 Walnut Street |
|  | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on December 5, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 639 Nassau St., Apt. 4, Orange, NJ  
Valued at about $135,000  
Less about 10% costs of sale

Liens on property: $218,844

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Steven P. Kartzman  
Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950  
Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29989-SLM
Kisha L. Walton-St. Vil                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 07, 2017
                              Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db              Kisha L. Walton-St. Vil,    639 Nassau St,    # 4,    Orange, NJ  07050-1260
517100527      +American Express,    Po Box 981537,    El Paso, TX 79998-1537
517100528      +Barclays Bank,    125 S West St,    Wilmington, DE 19801-5014
517100529       Cach Llc,    4240 S Monaco, 2nd Floor,    Denver, CO  80237-0000
517100531      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517100532      +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
517100533      +Comenity Bank,    995 W 122nd Ave,    Westminster, CO 80234-3417
517100537      +HSBC,    PO Box 17904,    San Diego, CA 92177-7904
517100539       Nassau Street Condo,    50 Harrison St,    Hoboken, NJ  07030-6064
517100542       RAS Citron,    130 Fairfield Rd,    Fairfield, NJ  07004-2407
517100544      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:30:07
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517100530      +E-mail/Text: bankruptcy@cavps.com Nov 07 2017 22:32:51      Calvary Portfolio,
                 500 Summit Lake Dr, Suite 4a,    Valhalla, NY 10595-2323
517100534      +E-mail/Text: electronicbkydocs@nelnet.net Nov 07 2017 22:32:37      Department Of Education,
                 121 S 13th St,    Lincoln, NE 68508-1904
517100536       E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2017 22:32:18      Ditech,    PO Box 6172,
                 Rapid City, SD  57709-6172
517100535       E-mail/Text: cio.bncmail@irs.gov Nov 07 2017 22:32:03      Department Of The Treasury,
                 Internal Revenue Service,    Cincinnati, OH  45999
517100538      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 22:32:30      Midland Funding,
                 8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
517100540      +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 07 2017 22:32:46      Optima Recovery,
                 6215 Kingston Ok, Suite A,    Knoxville, TN 37919-4044
517100541       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2017 22:35:50
                 Portfolio Recovery,    120 Corporate Boulevard, Ste 1,    Norfolk, VA  23502
517100543      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:42      Syncb,    Po Box 965036,
                 Orlando, FL 32896-5036
517102738      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:30:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Kisha L. Walton-St. Vil gintr316@aol.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```