**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kisha L. Walton–St. Vil | Social Security number or ITIN  xxx–xx–5953 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29989–SLM | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kisha L. Walton–St. Vil

12/29/17

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-29989-SLM
Kisha L. Walton-St. Vil                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 29, 2017
                             Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db              Kisha L. Walton-St. Vil,    639 Nassau St,    # 4,    Orange, NJ   07050-1260
517100529       Cach Llc,    4240 S Monaco, 2nd Floor,    Denver, CO   80237-0000
517100539       Nassau Street Condo,    50 Harrison St,    Hoboken, NJ   07030-6064
517100542       RAS Citron,    130 Fairfield Rd,    Fairfield, NJ   07004-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
cr             +EDI: RMSC.COM Dec 29 2017 22:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517100527      +EDI: AMEREXPR.COM Dec 29 2017 22:38:00      American Express,    Po Box 981537,
                 El Paso, TX   79998-1537
517100528      +EDI: TSYS2.COM Dec 29 2017 22:38:00      Barclays Bank,    125 S West St,
                 Wilmington, DE   19801-5014
517100530      +E-mail/Text: bankruptcy@cavps.com Dec 29 2017 23:00:05      Calvary Portfolio,
                 500 Summit Lake Dr, Suite 4a,    Valhalla, NY   10595-2323
517100531      +EDI: CAPITALONE.COM Dec 29 2017 22:38:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT   84130-0285
517100532      +EDI: CHASE.COM Dec 29 2017 22:38:00      Chase,    PO Box 15153,    Wilmington, DE   19886-5153
517100533      +EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Bank,    995 W 122nd Ave,
                 Westminster, CO   80234-3417
517100534      +E-mail/Text: electronicbkydocs@nelnet.net Dec 29 2017 22:59:48      Department Of Education,
                 121 S 13th St,    Lincoln, NE   68508-1904
517100536       E-mail/Text: bankruptcy.bnc@ditech.com Dec 29 2017 22:59:23     Ditech,    PO Box 6172,
                 Rapid City, SD   57709-6172
517100537      +EDI: HFC.COM Dec 29 2017 22:38:00      HSBC,    PO Box 17904,    San Diego, CA   92177-7904
517100535       EDI: IRS.COM Dec 29 2017 22:38:00      Department Of The Treasury,    Internal Revenue Service,
                 Cincinnati, OH   45999
517100538      +EDI: MID8.COM Dec 29 2017 22:38:00      Midland Funding,    8875 Aero Dr, Suite 200,
                 San Diego, CA   92123-2255
517100540      +E-mail/Text: bankruptcy@optimarecoveryservices.com Dec 29 2017 22:59:59      Optima Recovery,
                 6215 Kingston Ok, Suite A,    Knoxville, TN   37919-4044
517100541       EDI: PRA.COM Dec 29 2017 22:38:00      Portfolio Recovery,    120 Corporate Boulevard, Ste 1,
                 Norfolk, VA   23502
517100543      +EDI: RMSC.COM Dec 29 2017 22:38:00      Syncb,    Po Box 965036,    Orlando, FL   32896-5036
517102738      +EDI: RMSC.COM Dec 29 2017 22:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA   23541-1021
517100544      +EDI: WTRRNBANK.COM Dec 29 2017 22:38:00      Target,    Po Box 673,    Minneapolis, MN   55440-0673
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Kisha L. Walton-St. Vil gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 29, 2017
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 5